OCWEN FEDERAL BANK, FSB *v.* JOSUE CHARLES, SR., ET AL.

The petition by the defendants Josue Charles, Sr., and Irene Charles for certification for appeal from the Appellate Court, 95 Conn. App. 315 (AC 23957/AC 24540), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Bridget T. Cusack,* in support of the petition.

*Natalie Feola-Guerrieri,* in opposition.

Decided July 6, 2006

STATE OF CONNECTICUT *v.* EFRAIN M.

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 590 (AC 25336), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Donald D. Dakers,* special public defender, in support of the petition.

*Margaret E. Kelley,* senior assistant state's attorney, in opposition.

Decided July 6, 2006

STATE OF CONNECTICUT *v.* EDWARD SINGER

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 844 (AC 25846), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.